UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

ADRIAN BROWN

CRIMINAL ACTION

NUMBER 07-142-JVP-SCR

## RULING

The court having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation (doc. 25) of United States Magistrate Stephen C. Riedlinger dated August 10, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (doc. 18) is hereby **DENIED**.

Baton Rouge, Louisiana, November 2, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA